**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Alfred TORRES, Defendant—Appellant.**

No. 04–50218.

D.C. No. CR–04–00043–GT.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 3, 2005.

Hamilton E. Arendsen, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

Grant L. Eddy, Law Office of Grant L. Eddy, Ramona, CA, for Defendant–Appellant.

Before O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

MEMORANDUM**

Alfred Torres appeals the 37–month sentence imposed following his guilty plea to importation of marijuana, in violation of 21 U.S.C. §§ 952, 960. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline*, 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.